**Electronically Filed
Supreme Court
SCWC-23-0000444
30-MAY-2024
12:20 PM
Dkt. 7 ODAC**

SCWC-23-0000444

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

SAMUEL CARTER, aka Tony Johnson, Michael Carter,
Tony Carter, and "Chicago,"
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000444; CASE NO. 1CPC-22-0001081)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner Samuel Carter's Application for Writ of

Certiorari, filed on April 25, 2024, is hereby rejected.

DATED: Honolulu, Hawai'i, May 30, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens